IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALECIA PITTMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:10-cv-00049 |
| | ) Judge Nixon |
| MICHAEL J. ASTRUE, | ) Magistrate Judge Griffin |
| Commissioner of Social Security, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Alecia Pittman's Motion for Judgment on the Record ("Motion") (Doc. No. 20), filed with a supporting Memorandum (Doc. No. 21). Defendant Commissioner of Social Security filed a Response in Opposition to the Motion (Doc. No. 26), to which Plaintiff filed a Reply (Doc. No. 27). Defendant then filed a Sur-Reply. (Doc. No. 31.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 34) recommending that Plaintiff's Motion be granted to the extent that the case should be remanded to the Commissioner in order to further evaluate the findings of Plaintiff's physician, Dr. Thompson (*id.* at 28). The Report was filed on August 23, 2011, and neither party has raised any objections.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS** Plaintiff's Motion and **REMANDS** this action for further proceedings consistent with the recommendations in the Report. This Order terminates this Court's jurisdiction over this action action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this ___14th___ day of September, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT